IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT C. BELTON, P-04485, ) | |
| ) | |
| Plaintiff(s), ) | No. C 11-6360 CRB (PR) |
| ) | |
| v. ) | ORDER |
| ) | |
| R. GROUNDS, Warden, et al., ) | (Docket # 29 & 30) |
| ) | |
| Defendant(s). ) | |
| ) | |

Plaintiff's motion (docket # 29) for an order compelling answers to certain interrogatories is DENIED. The court will not entertain discovery motions unless the parties first comply with the meet-and-confer requirements of the Federal Rules of Civil Procedure and the Court's Local Rules. See, e.g., Fed. R. Civ. P. 37(a) (motion to compel must include a certification that the movant has in good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action); Civ. L. R. 37-1 (same). In view of plaintiff's incarceration, the parties may satisfy the meet-and-confer requirements by letter or telephone conversation. Cf. Civil L. R. 1-5(n) ("meet and confer" or "confer" means to communicate directly and discuss in good faith the issue(s); mere sending of a written, electronic or voice-mail communication does not satisfy a requirement to "meet and confer" or to "confer;" requirement can be satisfied only through direct dialogue and discussion – either in a face to face meeting or in a telephone conversation).

1 | And for essentially the same reasons, plaintiff's accompanying request
2 | (docket # 30) for entry of default based on defendants' alleged failure to respond
3 | to his interrogatories is DENIED without prejudice.
4 | SO ORDERED.
5 | DATED: August 10, 2012

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.11\Belton, D.11-6360.or3.wpd

2